## ARGUED AND DETERMINED IN THE

# SUPREME COURT

### OF THE

# STATE OF LOUISIANA.

WESTERN DISTRICT—SEPTEMBER TERM, 1829.

## *MEEKER vs. MUGGAH.*

APPEAL from the court of the fifth district, the judge of the sixth presiding.

An appeal made returnable at the *next* term of the supreme court after taken, and not filed until the *second* term thereafter, will be dismissed with costs.

MARTIN, J. delivered the opinion of the court. The appeal, in this case, was taken in April, 1827, and made returnable on the first day of the term of this court for that year. It appears not to have been filed here until a year afterwards, viz. on the fifteenth day of September, 1828.

It is therefore ordered, adjudged and decreed, that this suit be dismissed, with costs.

*Bowen* for the plaintiff, *Brownson* for the defendant.